BRANDON C. FERNALD (SBN 222429)
FERNALD LAW GROUP
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone:  323-410-0320
Facsimile:   323-410-0330
Email: brandon.fernald@fernaldlawgroup.com

DAVID A. SKEELS (admitted *pro hac vice*)
DECKER CAMMACK (admitted *pro hac vice*)
WHITAKER CHALK SWINDLE & SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas  76102
Telephone:  (817) 878-0573
Facsimile:  (817) 878-0501
Email:   dskeels@whitakerchalk.com

*Attorneys for Plaintiff*
*North Star Innovations Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH STAR INNOVATIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> ETRON TECHNOLOGY, INC., <br><br> Defendants. | Case No. 8:16-cv-00599-SJO <br><br> [~~PROPOSED~~] ORDER ON NOTICE OF SETTLEMENT |

On January 18, 2017, Plaintiff North Star Innovations, Inc. ("Plaintiff" or "North Star"), filed a notice of settlement stating that the parties have reached a tentative settlement that will fully and finally dispose of the claims in this action. It is anticipated that the settlement will be formalized and a Stipulated Request for Voluntary Dismissal filed within forty-five (45) days of the date of this notice. In light of the parties' settlement, and Plaintiff's requests that all pending deadlines and hearings be taken off

calendar and that an OSC re Dismissal hearing be set out approximately sixty (60) days. Having considered the Notice, and finding that good cause exists, the Court hereby **ORDERS** as follows:

All pending deadlines and hearings are hereby **VACATED.**

A hearing on an Order to Show Cause re Dismissal is set for April 10, 2017 at 10:00 a.m.  The parties need not appear if a voluntary dismissal is filed prior to the hearing date.

Dated: February 23, 2017

Hon. S. James Otero
United States District Judge